FRANK E. WILLIAMSON, Administrator of the Estate of WALLACE WILLIAMSON, Deceased, Respondent, v. CARLO PIETROFORTE and Others, Defendants, and MICHAEL GENZALE, Appellant.— Action to recover damages for the death of plaintiff's intestate, alleged to have been caused by the negligent operation of a truck owned and operated by defendants Pietroforte and hired by defendant Genzale. Judgment unanimously affirmed, with costs. No opinion. Appeal from order dismissed, without costs. No order is printed in the record on appeal. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

CAROLINE I. WILSON, Appellant, v. MARIE ZORNA and J. RICHARD ZORNA, Respondents.— Action to recover damages for personal injuries sustained by plaintiff and for property damage claimed to have resulted from the collision of two automobiles at an intersection, due to the negligence of defendants. Judgment entered on the verdict of a jury in favor of defendants unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

SAMUEL C. WILSON, Appellant, v. MARIE ZORNA and J. RICHARD ZORNA, Respondents.— Action to recover damages for personal injuries claimed to have resulted from the collision of two automobiles at an intersection, due to the negligence of defendants. Judgment entered on the verdict of a jury in favor of defendants unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

LOUIS YENTES, Appellant, v. MARK M. ZAREN, Respondent.— Action to recover damages for personal injuries alleged to have been sustained by plaintiff, a passenger, in the collision of two automobiles. Judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.